AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PROFESSIONAL HAIR PRODUCTS LIMITED,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>BEAUTY SUPPLIES US, INC. d/b/a LA GIRL<br>BEAUTY SUPPLY and BASHIR O. IDRIS,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  **24-CV-61680 DAMIAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beauty Supplies US, Inc. d/b/a LA Girl Beauty Supply
8052 W. McNab Road
North Lauderdale, Florida 33068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric J. Partlow
> 100 North Tampa Street, Suite 4000
> Tampa, Florida  33602
> (813) 402-2880 (Telephone)
> (813) 402-2887 (Facsimile)
> Email: Eric.Partlow@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 13, 2024
_____

*s/ Patricia Curtis*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PROFESSIONAL HAIR PRODUCTS LIMITED, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| BEAUTY SUPPLIES US, INC. d/b/a LA GIRL | ) |
| BEAUTY SUPPLY and BASHIR O. IDRIS, | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   24-CV-61680 DAMIAN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bashir O. Idris
11292 NW 44th Street
Coral Springs, Florida 33065-7204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric J. Partlow
100 North Tampa Street, Suite 4000
Tampa, Florida  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
Email: Eric.Partlow@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Sep 13, 2024

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court